**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____   Chapter _____**7**_____

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**02/20**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Lone Western Star Development LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-2392451** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **5677 County Road 106** **Elbert, CO 80106** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Elbert** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Lone Western Star Development LLC**                                    Case number (*if known*) _____
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

| Debtor | **Lone Western Star Development LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Lone Western Star Development LLC** | Case number (*if known*) | |
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 18, 2020**
MM / DD / YYYY

**X** **/s/ Bradley D. Henderson**                    **Bradley D. Henderson**
Signature of authorized representative of debtor          Printed name

Title   **Authorized Representative**

---

**18. Signature of attorney**

**X** **/s/ Aaron J. Conrardy**                    Date **March 18, 2020**
Signature of attorney for debtor                    MM / DD / YYYY

**Aaron J. Conrardy**
Printed name

**Wadsworth Garber Warner Conrardy, P.C.**
Firm name

**2580 West Main Street**
**Suite 200**
**Littleton, CO 80120**
Number, Street, City, State & ZIP Code

Contact phone   **303-296-1999**          Email address

**40030 CO**
Bar number and State

---

| Fill in this information to identify the case: |
| --- |
| Debtor name **Lone Western Star Development LLC** |
| United States Bankruptcy Court for the: DISTRICT OF COLORADO |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$4,287,906.47** |
   | **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other  _____ | **$26,395,364.24** |
   | **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other  _____ | **$18,414,824.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   **Lone Western Star Development LLC**                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Stratagem PC**<br>**14143 Denver West Parkway, Suite 450** | 3/9/20 | $2,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Prepayment for tax return preparation.** |
| 3.2. **See attached exhibit** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ford Motor Company**<br>**PO Box 650575**<br>**Dallas, TX 75265** | **2019 Ford F-150 (leased) surrendered to dealer.** | **March 6, 2020** | $0.00 |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Frost Bank**<br>**PO Box 1600**<br>**San Antonio, TX 78296** | **Setoff funds on deposit, some of which were earmarked for contractor payments.**<br>Last 4 digits of account number: _____ | 3/10/20 | $53,865.13 |

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

# Lone Western Star Development LLC

## BILLS AND APPLIED PAYMENTS

### December 1, 2019 - March 10, 2020

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|------|------------------|-----------------|-----|--------|
| **10 Pound Gorilla** | | | | |
| 12/18/2019 | Bill Payment (Check) | | 204365 | -218.75 |
| 12/06/2019 | Bill | | 6335 | 218.75 |
| 01/17/2020 | Bill Payment (Check) | | 204429 | -93.75 |
| 01/06/2020 | Bill | | 6381 | 93.75 |
| | | | | |
| **ADV Systems** | | | | |
| 12/03/2019 | Bill Payment (Check) | | 204325 | -600.00 |
| 10/01/2019 | Bill | | 1 | 600.00 |
| | | | | |
| **Alyssa Mizezabielski** | | | | |
| 12/03/2019 | Bill Payment (Check) | | 204326 | -215.38 |
| 11/21/2019 | Bill | 1210003 | W/E112119 [1210003] | 215.38 |
| 02/18/2020 | Bill Payment (Check) | | 204535 | -121.73 |
| 02/06/2020 | Bill | | 2020.1 | 121.73 |
| 03/02/2020 | Bill Payment (Check) | | 204553 | -125.19 |
| 03/02/2020 | Bill | | 2020.2 | 125.19 |
| | | | | |
| **Anne E. Freed dba Kitchens & Baths, LLC (Linked to RedTeam)** | | | | |
| 12/03/2019 | Bill Payment (Check) | | 204327 | -15,400.00 |
| 10/10/2019 | Bill | 1040002 | AF-2161 [1040002] | 15,400.00 |
| | | | | |
| **ARC Document Solutions, LLC** | | | | |
| 12/03/2019 | Bill Payment (Check) | | 204328 | -1,250.09 |
| 11/19/2019 | Bill | | 10438442 | 1,169.16 |
| 11/01/2019 | Bill | | 10420519 | 80.93 |
| 12/18/2019 | Bill Payment (Check) | | 204368 | -661.49 |
| 12/16/2019 | Bill | | 10470527 | 199.72 |
| 11/01/2019 | Bill | | 10330939 | 212.79 |
| 12/10/2019 | Bill | | 10464828 | 248.98 |
| 01/03/2020 | Bill Payment (Check) | | 204399 | -1,263.22 |
| 12/24/2019 | Bill | | 10480952 | 1,263.22 |
| 01/17/2020 | Bill Payment (Check) | | 204432 | -196.45 |
| 12/30/2019 | Bill | | 10486291 | 10.79 |
| 01/03/2020 | Bill | | 10486291R | 185.66 |
| 02/03/2020 | Bill Payment (Check) | | 204461 | -680.22 |
| 01/15/2020 | Bill | | 10486291RR | 233.27 |
| 01/23/2020 | Bill | | 10511372 | 446.95 |
| 02/18/2020 | Bill Payment (Check) | | 204536 | -168.18 |
| 01/31/2020 | Bill | | 10523763 | 168.18 |
| | | | | |
| **Artisan and Truckers Casualty Co.** | | | | |
| 01/17/2020 | Bill Payment (Check) | | 204433 | -392.30 |

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| 01/01/2020 | Bill | | 01545935-0-010120 | 392.30 |
| 02/03/2020 | Bill Payment (Check) | | 204462 | -392.30 |
| 02/01/2020 | Bill | | 01545935-0-020120 | 392.30 |
| 02/18/2020 | Bill Payment (Check) | | 204537 | -392.30 |
| 02/18/2020 | Bill | | 01545935-121720 | 392.30 |

**AT&T**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| 12/18/2019 | Bill Payment (Check) | | 204364 | -167.19 |
| 12/03/2019 | Bill | | 21449118712623-120319 | 167.19 |
| 01/17/2020 | Bill Payment (Check) | | 204434 | -166.37 |
| 01/03/2020 | Bill | | 21449118712623-010320 | 166.37 |

**AT&T Mobility**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| 12/04/2019 | Bill Payment (Check) | | 204363 | -504.17 |
| 11/24/2019 | Bill | Acct: 287235256341 | | 504.17 |
| 01/09/2020 | Bill Payment (Check) | | 204426 | -488.27 |
| 12/24/2019 | Bill | Acct: 287235256341 | 12-24-19 | 488.27 |
| 02/06/2020 | Bill Payment (Check) | | 204495 | -450.97 |
| 02/06/2020 | Bill | Acct: 287235256341 | 1/24/2020 | 450.97 |
| 03/09/2020 | Bill Payment (Check) | | 10004 | -477.16 |
| 03/09/2020 | Bill | Acct: 287235256341 | 2-24-2020 | 477.16 |

**Atlas Construction Group**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| 12/18/2019 | Bill Payment (Check) | | 204391 | -33,872.81 |
| 11/01/2019 | Bill | 1040002 | Pay App 1 [1040002] | 33,872.81 |

**CDS Muery (Linked to RedTeam)**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| 12/03/2019 | Bill Payment (Check) | | 204353 | -2,670.00 |
| 10/14/2019 | Bill | 1090001 | 1910098 [1090001] | 2,670.00 |
| 02/03/2020 | Bill Payment (Check) | | 204488 | -11,815.00 |
| 11/12/2019 | Bill | 1090001 | 1911142 [1090001] | 3,315.00 |
| 11/12/2019 | Bill | 1090001 | 1911141 [1090001] | 8,500.00 |
| 02/12/2020 | Bill Payment (Check) | | 204496 | -14,010.00 |
| 12/10/2019 | Bill | 1090001 | 1912035 [1090001] | 11,750.00 |
| 12/09/2019 | Bill | 1090001 | 1912010 [1090001] | 2,260.00 |

**City of McKinney**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| 12/03/2019 | Bill Payment (Check) | | 204329 | -292.31 |
| 11/08/2019 | Bill | | 255469-97210-110819 | 152.45 |
| 11/08/2019 | Bill | | 255469-99444-110819 | 139.86 |
| 01/03/2020 | Bill Payment (Check) | | 204400 | -157.10 |
| 12/09/2019 | Bill | | 255469-99444-120919 | 157.10 |
| 01/03/2020 | Bill Payment (Check) | | 204401 | -152.45 |
| 12/09/2019 | Bill | | 255469-97210-120919 | 152.45 |
| 02/03/2020 | Bill Payment (Check) | | 204463 | -373.06 |
| 01/21/2020 | Bill | | 255469-99444-011020 | 205.36 |
| 01/10/2020 | Bill | | 255469-97210-011020 | 167.70 |

City of San Antonio

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|------|------------------|-----------------|-----|--------|
| 12/18/2019 | Bill Payment (Check) | | 204369 | -12,885.40 |
| 12/17/2019 | Bill | | Jan2020 | 12,885.40 |
| 01/17/2020 | Bill Payment (Check) | | 204435 | -12,885.40 |
| 01/16/2020 | Bill | | Feb2020 | 12,885.40 |
| 02/03/2020 | Bill Payment (Check) | | 204464 | -6,000.00 |
| 01/17/2020 | Bill | | 91427081 | 6,000.00 |

**Collin County Clerk**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|------|------------------|-----------------|-----|--------|
| 01/02/2020 | Bill Payment (Check) | | 204398 | -30.00 |
| 01/02/2020 | Bill | | Recording Fee | 30.00 |

**Colorado Depertment of Revenue**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|------|------------------|-----------------|-----|--------|
| 12/18/2019 | Bill Payment (Check) | | 204396 | -5,181.00 |
| 12/09/2019 | Bill | L0790714720<br>Acct: 25670475 | LO790714720 | 5,181.00 |

**Comcast**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|------|------------------|-----------------|-----|--------|
| 12/03/2019 | Bill Payment (Check) | | 204330 | -617.15 |
| 11/11/2019 | Bill | | 11/11/2019 | 323.52 |
| 11/23/2019 | Bill | | 11/23/2019 | 293.63 |
| 12/18/2019 | Bill Payment (Check) | | 204370 | -304.86 |
| 12/11/2019 | Bill | | 12/11/2019 | 304.86 |
| 01/03/2020 | Bill Payment (Check) | | 204402 | -293.63 |
| 12/23/2019 | Bill | | 12/23/2019 | 293.63 |
| 01/17/2020 | Bill Payment (Check) | | 204436 | -298.16 |
| 01/11/2020 | Bill | | 01/11/2020 | 298.16 |
| 02/03/2020 | Bill Payment (Check) | | 204465 | -601.75 |
| 01/23/2020 | Bill | | 01/23/20 | 303.59 |
| 01/11/2020 | Bill | | 01/11/20 | 298.16 |
| 02/26/2020 | Bill Payment (Check) | | 204550 | -264.67 |
| 02/11/2020 | Bill | | 02/11/2020 | 264.67 |
| 03/03/2020 | Bill Payment (Check) | | 204557 | -150.64 |
| 02/23/2020 | Bill | | 02/23/20 | 150.64 |

**Cort Business Services Corp**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|------|------------------|-----------------|-----|--------|
| 12/18/2019 | Bill Payment (Check) | | 204371 | -239.00 |
| 12/03/2019 | Bill | | 7047539 | 239.00 |
| 01/17/2020 | Bill Payment (Check) | | 204437 | -169.74 |
| 01/03/2020 | Bill | | 7084888 | 169.74 |
| 02/18/2020 | Bill Payment (Check) | | 204538 | -194.74 |
| 02/04/2020 | Bill | | 7110417 | 194.74 |

**CPS Energy**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|------|------------------|-----------------|-----|--------|
| 12/03/2019 | Bill Payment (Check) | | 204331 | -106.82 |
| 11/19/2019 | Bill | | 11/19/19 | 106.82 |
| 01/03/2020 | Bill Payment (Check) | | 204403 | -69.38 |
| 12/18/2019 | Bill | | 300-4406-541-12/18/19 | 69.38 |
| 02/03/2020 | Bill Payment (Check) | | 204466 | -79.59 |
| 01/23/2020 | Bill | | 300-4406-541-01/23/20 | 79.59 |

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|------|------------------|-----------------|-----|--------|
| **Creative Visions** | | | | |
| 02/12/2020 | Bill Payment (Check) | | 204531 | -6,000.00 |
| 02/12/2020 | Bill | | 4065 | 6,000.00 |
| | | | | |
| **Cutter Energy Solutions, LLC** | | | | |
| 02/12/2020 | Bill Payment (Check) | | 204497 | -1,500.00 |
| 12/17/2019 | Bill | 1090001 | 1893 [1090001] | 1,500.00 |
| | | | | |
| **Deep Rock** | | | | |
| 12/18/2019 | Bill Payment (Check) | | 204372 | -90.83 |
| 12/07/2019 | Bill | | 17067033 120719 | 90.83 |
| 01/17/2020 | Bill Payment (Check) | | 204438 | -66.83 |
| 01/04/2020 | Bill | | 17067033 010420 | 66.83 |
| 02/18/2020 | Bill Payment (Check) | | 204539 | -96.30 |
| 02/01/2020 | Bill | | 17067033 020120 | 96.30 |
| | | | | |
| **Douglas R. Wagner** | | | | |
| 12/03/2019 | Bill Payment (Check) | | 204332 | -3,333.34 |
| 12/03/2019 | Bill | | 12/3/2019 | 3,333.34 |
| 12/18/2019 | Bill Payment (Check) | | 204373 | -3,333.34 |
| 12/17/2019 | Bill | | 12/17/2019 | 3,333.34 |
| 01/03/2020 | Bill Payment (Check) | | 204404 | -3,367.34 |
| 01/03/2020 | Bill | | 01/03/20 | 3,333.34 |
| 01/01/2020 | Bill | | W/E010120 | 34.00 |
| 01/17/2020 | Bill Payment (Check) | | 204439 | -3,333.34 |
| 01/16/2020 | Bill | | 01/16/20 | 3,333.34 |
| 02/03/2020 | Bill Payment (Check) | | 204467 | -3,333.34 |
| 02/03/2020 | Bill | | 02/03/20 | 3,333.34 |
| 02/18/2020 | Bill Payment (Check) | | 204540 | -1,666.67 |
| 02/18/2020 | Bill | | 02/18/20 | 1,666.67 |
| | | | | |
| **Evan Fall Protection** | | | | |
| 02/03/2020 | Bill Payment (Check) | | 204468 | -14,435.00 |
| 12/13/2019 | Bill | | 4720 | 14,435.00 |
| | | | | |
| **Evangel Partners, LLC** | | | | |
| 12/03/2019 | Bill Payment (Check) | | 204333 | -3,100.00 |
| 12/03/2019 | Bill | | DecRent2019 | 3,100.00 |
| 01/03/2020 | Bill Payment (Check) | | 204405 | -3,100.00 |
| 01/03/2020 | Bill | | JanRent2020 | 3,100.00 |
| 02/03/2020 | Bill Payment (Check) | | 204469 | -3,100.00 |
| 02/03/2020 | Bill | | FebRent2020 | 3,100.00 |
| 03/03/2020 | Bill Payment (Check) | | 204558 | -3,100.00 |
| 03/02/2020 | Bill | | MarRent2020 | 3,100.00 |
| 03/09/2020 | Bill Payment (Check) | | 10001 | -3,100.00 |
| 03/09/2020 | Bill | | AprRent2020 | 3,100.00 |

**FASTSIGNS**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|------|------------------|-----------------|-----|--------|
| 01/03/2020 | Bill Payment (Check) | | 204406 | -527.18 |
| 12/31/2019 | Bill | | 47326736 | 527.18 |

**FedEx**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|------|------------------|-----------------|-----|--------|
| 12/03/2019 | Bill Payment (Check) | | 204334 | -435.58 |
| 11/20/2019 | Bill | | 6-844-48969 | 113.66 |
| 11/27/2019 | Bill | | 6-851-83358 | 321.92 |
| 12/18/2019 | Bill Payment (Check) | | 204374 | -134.61 |
| 12/11/2019 | Bill | | 6-864-75894 | 80.03 |
| 12/04/2019 | Bill | | 6-857-69829 | 54.58 |
| 01/03/2020 | Bill Payment (Check) | | 204421 | -165.00 |
| 12/25/2019 | Bill | | 6-879-60346 | 121.50 |
| 01/01/2020 | Bill | | 6-885-83506 | 43.50 |
| 01/17/2020 | Bill Payment (Check) | | 204440 | -156.76 |
| 01/15/2020 | Bill | | 6-897-81416 | 68.08 |
| 01/08/2020 | Bill | | 6-891-03413 | 88.68 |
| 02/03/2020 | Bill Payment (Check) | | 204470 | -42.97 |
| 01/29/2020 | Bill | | 6-911-63749 | 42.97 |
| 02/18/2020 | Bill Payment (Check) | | 204541 | -74.26 |
| 02/05/2020 | Bill | | 6-918-48509 | 42.77 |
| 02/12/2020 | Bill | | 6-926-35130 | 31.49 |
| 02/26/2020 | Bill Payment (Check) | | 204551 | -184.72 |
| 02/19/2020 | Bill | | 6-933-57747 | 184.72 |
| 03/02/2020 | Bill Payment (Check) | | 204554 | -12.45 |
| 12/26/2020 | Bill | | 6-940-15728 | 12.45 |

**Flex Fleet Rental**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|------|------------------|-----------------|-----|--------|
| 12/03/2019 | Bill Payment (Check) | | 204335 | -991.25 |
| 11/30/2019 | Bill | | 300028273 | 991.25 |
| 01/03/2020 | Bill Payment (Check) | | 204407 | -243.38 |
| 12/31/2019 | Bill | | 300030064 | 243.38 |

**Ford Motor Credit**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|------|------------------|-----------------|-----|--------|
| 12/18/2019 | Bill Payment (Check) | | 204395 | -1,432.93 |
| 11/21/2019 | Bill | | 58411042-112119 | 1,432.93 |
| 01/03/2020 | Bill Payment (Check) | | 204408 | -1,432.93 |
| 01/03/2020 | Bill | | 58411042-122719 | 1,432.93 |
| 02/26/2020 | Bill Payment (Check) | | 204549 | -1,432.93 |
| 02/03/2020 | Bill | | 58411042-020320 | 1,432.93 |

**Higher Power Hydraulic Doors**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|------|------------------|-----------------|-----|--------|
| 12/03/2019 | Bill Payment (Check) | | 204354 | -54,250.00 |
| 10/23/2019 | Bill | 1090001 | 7571 [1090001] | 57,100.00 |
| 11/20/2019 | Vendor Credit | 1090001 | 7638-CM [1090001] | -2,850.00 |
| 12/03/2019 | Bill Payment (Check) | | 204355 | -57,100.00 |
| 10/23/2019 | Bill | 1090001 | 7572 [1090001] | 57,100.00 |
| 12/03/2019 | Bill Payment (Check) | | 204356 | -75,910.00 |
| 11/04/2019 | Bill | 1090001 | 7605 [1090001] | 75,910.00 |
| 12/03/2019 | Bill Payment (Check) | | 204357 | -200.00 |

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|------|------------------|-----------------|-----|--------|
| 11/16/2019 | Bill | 1090001 | 7536-01 [1090001] | 200.00 |
| 12/18/2019 | Bill Payment (Check) | | 204390 | -71,304.00 |
| 11/05/2019 | Bill | 1090001 | 7611 [1090001] | 71,304.00 |
| 01/03/2020 | Bill Payment (Check) | | 204420 | -71,304.00 |
| 11/05/2019 | Bill | 1090001 | 7612 [1090001] | 71,304.00 |
| 02/12/2020 | Bill Payment (Check) | | 204498 | -400.00 |
| 01/08/2020 | Bill | 1090001 | 7715 [1090001] | 400.00 |

**IPFS Corporation**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|------|------------------|-----------------|-----|--------|
| 12/03/2019 | Bill Payment (Check) | | 204336 | -2,784.17 |
| 12/03/2019 | Bill | | 120319-CAO-917907 | 2,784.17 |
| 12/03/2019 | Bill Payment (Check) | | 204337 | -6,453.46 |
| 12/03/2019 | Bill | | 120319-TXA-504402 | 6,453.46 |
| 01/06/2020 | Bill Payment (Check) | | 204424 | -2,784.17 |
| 01/03/2020 | Bill | | 010320-CAO-917907 | 2,784.17 |
| 01/06/2020 | Bill Payment (Check) | | 204425 | -6,453.46 |
| 01/03/2020 | Bill | | 010320-TXA-504402 | 6,453.46 |
| 02/03/2020 | Bill Payment (Check) | | 204471 | -6,453.46 |
| 02/03/2020 | Bill | | 020320-TXA-504402 | 6,453.46 |
| 02/03/2020 | Bill Payment (Check) | | 204472 | -2,784.17 |
| 02/03/2020 | Bill | | 020320-CAO-917907 | 2,784.17 |

**Jerome Andrew Bradley Jr**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|------|------------------|-----------------|-----|--------|
| 02/03/2020 | Bill Payment (Check) | | 204473 | -3,500.00 |
| 02/03/2020 | Bill | | Retainer020320 | 3,500.00 |

**Joeris General Contractors, Ltd**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|------|------------------|-----------------|-----|--------|
| 02/12/2020 | Bill Payment (Check) | | 204529 | -35,700.00 |
| 06/30/2019 | Bill | | 19051-003 | 35,700.00 |

**Keller Custom Signs**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|------|------------------|-----------------|-----|--------|
| 02/03/2020 | Bill Payment (Check) | | 204474 | -19,161.72 |
| 01/21/2020 | Bill | 1280002 | 20-0069 [1280002] | 11,991.66 |
| 01/21/2020 | Bill | 1280003 | 20-0070 [1280003] | 7,170.06 |

**Labor Finders**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|------|------------------|-----------------|-----|--------|
| 12/03/2019 | Bill Payment (Check) | | 204338 | -287.75 |
| 11/29/2019 | Bill | | 21-5-16583 | 287.75 |
| 12/18/2019 | Bill Payment (Check) | | 204376 | -1,214.64 |
| 12/06/2019 | Bill | | 21-5-16600 | 268.91 |
| 12/13/2019 | Bill | | 21-5-16619 | 80.44 |
| 12/13/2019 | Bill | | 21-5-16618 | 865.29 |
| 02/03/2020 | Bill Payment (Check) | | 204475 | -70.44 |
| 01/24/2020 | Bill | | 21-5-16681 | 70.44 |

**Landmark Plumbing and Heating, Inc.**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|------|------------------|-----------------|-----|--------|
| 12/03/2019 | Bill Payment (Check) | | 204339 | -287.50 |
| 11/19/2019 | Bill | 1030002 | 34323 [1030002] | 287.50 |

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| **Martin Marietta** | | | | |
| 12/18/2019 | Bill Payment (Check) | | 204377 | -460.06 |
| 11/30/2019 | Bill | | 27607237 | 460.06 |
| | | | | |
| **MB Law Group** | | | | |
| 12/18/2019 | Bill Payment (Check) | | 204378 | -4,480.00 |
| 11/30/2019 | Bill | | 16202 | 4,480.00 |
| 02/03/2020 | Bill Payment (Check) | | 204476 | -6,467.50 |
| 01/01/2020 | Bill | | 16442 | 6,467.50 |
| 02/22/2020 | Bill Payment (Check) | | 204545 | -14,072.50 |
| 01/31/2020 | Bill | | 16599 | 13,747.50 |
| 01/31/2020 | Bill | | 16600 | 325.00 |
| 03/03/2020 | Bill Payment (Check) | | 204556 | -6,837.50 |
| 03/03/2020 | Bill | | 16627 | 6,402.50 |
| 03/03/2020 | Bill | | 16628 | 435.00 |
| | | | | |
| **McDonald Paving & Chip Sealing, LLC** | | | | |
| 12/18/2019 | Bill Payment (Check) | | 204392 | -35,628.10 |
| 12/17/2019 | Bill | 1030002 | 7800-7801-7746Retain | 35,628.10 |
| | | | | |
| **Metal Building Services, LLC** | | | | |
| 02/26/2020 | Bill Payment (Check) | | 204552 | -3,500.00 |
| 11/08/2019 | Bill | 1210003 | 728 [1210003] | 3,500.00 |
| | | | | |
| **Metro Contracting Company, LLC** | | | | |
| 12/03/2019 | Bill Payment (Check) | | 204358 | -1,736,752.96 |
| 10/31/2019 | Bill | 1090001 | Pay App 8 [1090001] | 1,736,752.96 |
| 01/17/2020 | Bill Payment (Check) | | 204455 | -925,000.00 |
| 12/01/2019 | Bill | 1090001 | Pay App 9 [1090001] | 1,542,199.98 |
| 01/17/2020 | Bill Payment (Check) | | 204456 | -69,034.87 |
| 01/01/2020 | Bill | 1090001 | Pay App 10-Epoxy [109 | 117,629.41 |
| 01/27/2020 | Bill Payment (Check) | | 204459 | -617,199.98 |
| 12/01/2019 | Bill | 1090001 | Pay App 9 [1090001] | 1,542,199.98 |
| 01/27/2020 | Bill Payment (Check) | | 204493 | -48,594.54 |
| 01/01/2020 | Bill | 1090001 | Pay App 10-Epoxy [109 | 117,629.41 |
| 02/12/2020 | Bill Payment (Check) | | 204499 | -1,382,873.34 |
| 01/02/2020 | Bill | 1090001 | Pay App 10 [1090001] | 1,382,873.34 |
| 02/25/2020 | Bill Payment (Check) | | 204548 | -69,427.27 |
| 02/24/2020 | Bill | | 20-002 | 69,427.27 |
| | | | | |
| **Microsoft** | | | | |
| 12/18/2019 | Bill Payment (Check) | | 204379 | -361.81 |
| 12/04/2019 | Bill | | E05009TJI4 | 60.00 |
| 12/04/2019 | Bill | | E05009TL67 | 59.23 |
| 12/04/2019 | Bill | | E05009TL68 | 222.58 |
| 12/04/2019 | Bill | | E05009TMYA | 20.00 |
| 01/17/2020 | Bill Payment (Check) | | 204443 | -329.16 |
| 01/04/2020 | Bill | | E0500A29GR | 16.00 |
| 01/04/2020 | Bill | | E0500A29EF | 128.20 |

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| 01/04/2020 | Bill | | E0500A29EG | 94.00 |
| 01/04/2020 | Bill | | E0500A2578 | 90.96 |
| 02/18/2020 | Bill Payment (Check) | | 204542 | -466.34 |
| 02/04/2020 | Bill | | E0500AAWLX | 168.87 |
| 02/04/2020 | Bill | | E0500AARHR | 23.61 |
| 02/04/2020 | Bill | | E0500AAWLW | 124.83 |
| 02/04/2020 | Bill | | E0500AAT3P | 149.03 |

**Monroe Roofing, Inc.**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| 12/03/2019 | Bill Payment (Check) | | 204340 | -433.00 |
| 11/20/2019 | Bill | | 21645 | 433.00 |

**Northwest Parkway LLC**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| 01/03/2020 | Bill Payment (Check) | | 204419 | -8.90 |
| 12/25/2019 | Bill | Northwest Parkway Toll to BJC for meeting | 10377734 | 8.90 |

**Phi Whitaker dba IHP Creative, LLC**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| 12/03/2019 | Bill Payment (Check) | | 204341 | -1,562.40 |
| 11/27/2019 | Bill | | 2019.026 | 1,562.40 |
| 12/18/2019 | Bill Payment (Check) | | 204380 | -1,578.00 |
| 12/12/2019 | Bill | | 2019.028 | 1,578.00 |
| 02/03/2020 | Bill Payment (Check) | | 204477 | -588.00 |
| 01/16/2020 | Bill | | 2020.001 | 588.00 |

**Project Control (Linked to RedTeam)**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| 12/03/2019 | Bill Payment (Check) | | 204359 | -13,000.00 |
| 10/31/2019 | Bill | 1090001 | PC018378 [1090001] | 13,000.00 |
| 02/12/2020 | Bill Payment (Check) | | 204500 | -5,022.25 |
| 12/31/2019 | Bill | 1090001 | PC018499 [1090001] | 5,000.00 |
| 12/31/2019 | Bill | 1090001 | PC018539 [1090001] | 22.25 |

**Raba Kistner, Inc.**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| 12/03/2019 | Bill Payment (Check) | | 204360 | -14,503.50 |
| 10/25/2019 | Bill | 1090001 | S135513 [1090001] | 14,503.50 |
| 02/03/2020 | Bill Payment (Check) | | 204490 | -10,688.50 |
| 11/11/2019 | Bill | 1090001 | S135621 [1090001] | 10,688.50 |
| 02/12/2020 | Bill Payment (Check) | | 204527 | -12,498.50 |
| 12/11/2019 | Bill | 1090001 | S135864 [1090001] | 12,498.50 |

**Rocky Mountain Tech Team**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| 12/03/2019 | Bill Payment (Check) | | 204342 | -467.55 |
| 11/21/2019 | Bill | | 67796 | 207.55 |
| 12/01/2019 | Bill | | 68176 | 260.00 |
| 12/18/2019 | Bill Payment (Check) | | 204381 | -825.00 |
| 12/10/2019 | Bill | | 68445 | 825.00 |
| 01/03/2020 | Bill Payment (Check) | | 204410 | -260.00 |
| 01/01/2020 | Bill | | 68854 | 260.00 |
| 01/17/2020 | Bill Payment (Check) | | 204444 | -1,012.50 |
| 01/10/2020 | Bill | | 69161 | 1,012.50 |

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| 02/03/2020 | Bill Payment (Check) | | 204478 | -260.00 |
| 12/13/2019 | Bill | | 69588 | 260.00 |
| 02/18/2020 | Bill Payment (Check) | | 204543 | -1,425.00 |
| 02/10/2020 | Bill | | 69921 | 1,425.00 |
| 03/02/2020 | Bill Payment (Check) | | 204555 | -170.00 |
| 03/01/2020 | Bill | | 70342 | 170.00 |

**Rogue Architecture, Inc**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| 02/03/2020 | Bill Payment (Check) | | 204479 | -2,500.00 |
| 12/31/2019 | Bill | 1210003 | 2019.49-CC100 [121000 | 2,500.00 |

**RS&H, Inc.**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| 12/18/2019 | Bill Payment (Check) | | 204393 | -7,011.00 |
| 12/03/2019 | Bill | 1210003 | 2240010004-1 [1210003 | 7,011.00 |
| 01/17/2020 | Bill Payment (Check) | | 204454 | -5,593.20 |
| 01/03/2020 | Bill | 1210003 | 2240010004-2 [1210003 | 5,593.20 |

**RVK**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| 12/03/2019 | Bill Payment (Check) | | 204361 | -12,506.53 |
| 10/25/2019 | Bill | 1090001 | 19163A [1090001] | 12,506.53 |
| 02/03/2020 | Bill Payment (Check) | | 204491 | -36,980.12 |
| 11/13/2019 | Bill | 1090001 | 19257B-1 [1090001] | 6,400.00 |
| 11/01/2019 | Bill | 1090001 | 19163B-1 [1090001] | 19,200.00 |
| 11/13/2019 | Bill | 1090001 | 19257A [1090001] | 11,380.12 |
| 02/12/2020 | Bill Payment (Check) | | 204528 | -9,990.08 |
| 12/18/2019 | Bill | 1090001 | 19347B-Partial [10900 | 9,990.08 |

**San Antonio Water System**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| 02/18/2020 | Bill Payment (Check) | | 204544 | -939.25 |
| 02/14/2020 | Bill | | 001180863-021420 | 255.23 |
| 02/14/2020 | Bill | | 001180862-021420 | 255.23 |
| 02/14/2020 | Bill | | 001180861-021420 | 428.79 |

**Save the Cowboy**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| 12/18/2019 | Bill Payment (Check) | | 204382 | -500.00 |
| 12/17/2019 | Bill | | 12/17/2019 | 500.00 |
| 01/17/2020 | Bill Payment (Check) | | 204445 | -500.00 |
| 01/16/2020 | Bill | | 01/16/20 | 500.00 |
| 02/19/2020 | Bill Payment (Check) | | | -500.00 |
| 02/18/2020 | Bill | | 02/18/20 | 500.00 |

**Seedmasters**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| 01/13/2020 | Bill Payment (Check) | | 204428 | -25,000.00 |
| 09/01/2019 | Bill | 1030002 | 3274 [1030002] | 51,222.00 |

**Sensera Systems**

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| 12/03/2019 | Bill Payment (Check) | | 204343 | -494.18 |
| 11/25/2019 | Bill | | 5777572154572800 | 247.09 |
| 11/25/2019 | Bill | 1210003 | 5289978677428224 [121 | 247.09 |

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| 01/03/2020 | Bill Payment (Check) | | 204411 | -247.09 |
| 12/25/2019 | Bill | 1210003 | 6461167170486272 [121 | 247.09 |
| 01/03/2020 | Bill Payment (Check) | | 204415 | -247.09 |
| 12/25/2019 | Bill | | 6409296447799296 | 247.09 |
| 02/03/2020 | Bill Payment (Check) | | 204480 | -494.18 |
| 01/25/2020 | Bill | | 6368262414139392 | 247.09 |
| 01/25/2020 | Bill | 1210003 | 6446385486888960 [121 | 247.09 |

Signature Flight Support Corporation

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| 12/03/2019 | Bill Payment (Check) | | 204344 | -432.60 |
| 11/15/2019 | Bill | | V-L-44-700 | 432.60 |
| 01/03/2020 | Bill Payment (Check) | | 204412 | -432.60 |
| 12/31/2019 | Bill | | V-L-44-713 | 432.60 |
| 02/03/2020 | Bill Payment (Check) | | 204481 | -432.60 |
| 01/15/2020 | Bill | | V-L-44-726 | 432.60 |

Southwest Erosion Control, Inc.

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| 12/03/2019 | Bill Payment (Check) | | 204345 | -541.25 |
| 11/22/2019 | Bill | 1040002 | 150919 [1040002] | 541.25 |
| 12/18/2019 | Bill Payment (Check) | | 204383 | -541.25 |
| 12/09/2019 | Bill | 1040002 | 152923 [1040002] | 541.25 |
| 02/03/2020 | Bill Payment (Check) | | 204482 | -541.25 |
| 01/23/2020 | Bill | | 154878 | 541.25 |

Stratagem

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| 03/09/2020 | Bill Payment (Check) | | 10007 | -12,500.00 |
| 11/30/2019 | Bill | | 38722 | 4,317.50 |
| 11/30/2019 | Bill | | 38429A | 5,500.00 |
| 12/31/2019 | Bill | | 39381 | 2,682.50 |

Sunbelt Rentals, Inc.

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| 12/03/2019 | Bill Payment (Check) | | 204347 | -2,155.72 |
| 11/12/2019 | Bill | 1040002 | 95640184-0001 [104000 | 768.29 |
| 11/13/2019 | Bill | 1040002 | 94472776-0002 [104000 | 1,387.43 |

TexCon

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| 12/27/2019 | Bill Payment (Check) | | 204397 | -54,546.40 |
| 11/22/2019 | Bill | 1040002 | Retainage-Park-Lot [1 | 54,546.40 |

Time Warner Cable (Spectrum)

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| 12/18/2019 | Bill Payment (Check) | | 204385 | -361.52 |
| 12/01/2019 | Bill | | 5063105120119 | 144.82 |
| 12/01/2019 | Bill | | 1538978120119 | 95.85 |
| 12/10/2019 | Bill | | 0532723121019 | 25.00 |
| 12/01/2019 | Bill | | 1539026120119 | 95.85 |
| 01/03/2020 | Bill Payment (Check) | | 204414 | -142.81 |
| 12/15/2019 | Bill | | 0532723121519 | 142.81 |
| 01/17/2020 | Bill Payment (Check) | | 204448 | -146.99 |
| 01/01/2020 | Bill | | 5063105010120 | 146.99 |

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|------|-----------------|-----------------|-----|--------|
| 02/03/2020 | Bill Payment (Check) | | 204483 | -234.48 |
| 01/15/2020 | Bill | | 1538978011520 | 234.48 |
| 02/03/2020 | Bill Payment (Check) | | 204484 | -158.48 |
| 01/15/2020 | Bill | | 1539026011520 | 158.48 |
| | | | | |
| **TOROTLAN 2, LLC** | | | | |
| 12/03/2019 | Bill Payment (Check) | | 204348 | -1,600.00 |
| 12/03/2019 | Bill | | DecRent2019 | 1,600.00 |
| 01/03/2020 | Bill Payment (Check) | | 204416 | -1,600.00 |
| 01/03/2020 | Bill | | JanRent2020 | 1,600.00 |
| 02/03/2020 | Bill Payment (Check) | | 204485 | -1,600.00 |
| 02/03/2020 | Bill | | FebRent2020 | 1,600.00 |
| 03/03/2020 | Bill Payment (Check) | | 204561 | -1,600.00 |
| 03/02/2020 | Bill | | MarRent2020 | 1,600.00 |
| 03/09/2020 | Bill Payment (Check) | | 10003 | -1,600.00 |
| 03/09/2020 | Bill | | AprRent2020 | 1,600.00 |
| | | | | |
| **United Site Services of Texas, Inc.** | | | | |
| 12/03/2019 | Bill Payment (Check) | | 204349 | -141.32 |
| 11/27/2019 | Bill | | 114-9510882 | 141.32 |
| | | | | |
| **Wadsworth Garber Warner Conrardy, P.C.** | | | | |
| 02/12/2020 | Bill Payment (Check) | | 204530 | -2,500.00 |
| 02/12/2020 | Bill | | | 2,500.00 |
| | | | | |
| **Waste Connections Lone Star, Inc.** | | | | |
| 12/18/2019 | Bill Payment (Check) | | 204386 | -471.71 |
| 12/01/2019 | Bill | | 1713259 | 471.71 |
| 01/17/2020 | Bill Payment (Check) | | 204450 | -104.55 |
| 01/01/2020 | Bill | | 1808927 | 104.55 |
| | | | | |
| **WesternSATLeasing** | | | | |
| 02/13/2020 | Bill Payment (Check) | | | -76,392.33 |
| 01/01/2020 | Bill | | JanLeasePmt | 76,392.33 |
| | | | | |
| **Weston Solutions, Inc.** | | | | |
| 01/27/2020 | Bill Payment (Check) | | 204460 | -11,483.61 |
| 11/18/2019 | Bill | 1090001 | NOV2019-01078 [109000 | 11,483.61 |
| | | | | |
| **Williams Scotsman, Inc.** | | | | |
| 12/03/2019 | Bill Payment (Check) | | 204350 | -538.81 |
| 12/02/2019 | Bill | | 6239886 | 161.52 |
| 11/10/2019 | Bill | | 6186074 | 192.92 |
| 10/10/2019 | Bill | | 6129069 | 184.37 |
| 12/18/2019 | Bill Payment (Check) | | 204387 | -4,427.07 |
| 12/01/2019 | Bill | | 5753402 | 2,160.77 |
| 12/01/2019 | Bill | | 5666620 | 878.32 |
| 12/06/2019 | Bill | | 7352154 | 653.10 |
| 12/01/2019 | Bill | | 5609261 | 734.88 |

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
| --- | --- | --- | --- | --- |

Debtor    **Lone Western Star Development LLC**                                          Case number *(if known)*

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Temporary airplane hangar was leased to Debtor by Mahaffey USA to assist Debtor with construction of Colorado Springs airport project at 5723 Camber View.  Due to high winds, the hangar collapsed. Debtor's broker, CoWest Insurance Group, failed to renew the builder's risk policy for the project.** | **$0.00** | **March 19, 2019** | **$346,143.63** |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Lone Western Star Development LLC**                          Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Wadsworth Garber Warner Conrardy, P.C. 2580 West Main Street Suite 200 Littleton, CO 80120** | | **2/12/20** | **$8,750.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Federal Insurance Company 15 Mountain View Road Warren Warren, NJ 07059** | **Claim against CoWest Insurance Group relating to hangar collapse (see SOFA 10) assigned to Federal Insurance Company as subrogee of Mahaffey USA.** | **March 12, 2020** | **$0.00** |
| | **Relationship to debtor** | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    **Lone Western Star Development LLC**      Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

Debtor   **Lone Western Star Development LLC**                                  Case number *(if known)*

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Holly Ferris** <br> **341 S. Main St., Suite 102** <br> **Elizabeth, CO 80107** | |
| 26a.2.  **Stratagem PC** <br> **14143 Denver West Parkway, Suite 450** <br> **Golden, CO 80401** | |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Debtor | Lone Western Star Development LLC | Case number *(if known)* | |
|---|---|---|---|

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Holly Ferris**<br>**341 S. Main St., Suite 102**<br>**Elizabeth, CO 80107** | |
| 26c.2. **Stratagem PC**<br>**14143 Denver West Parkway, Suite 450**<br>**Golden, CO 80401** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Bradley D. Henderson**<br>**5677 County Road 106**<br>**Elbert, CO 80106** | **Salary - $153,335.41**<br>**Distributions - $91,300** | **March 1, 2019 through March 12, 2020** | |
| | **Relationship to debtor**<br>**CEO** | | | |

Debtor   **Lone Western Star Development LLC**                              Case number *(if known)* _____

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Suzy Henderson**<br>**5677 County Road 106**<br>**Elbert, CO 80106** | **Salary - $59,201.40**<br>**Distributions - $61,334.97** | **March 1, 2019 through March 12, 2020** | |
|  | **Relationship to debtor**<br>**Office Manager** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 18, 2020**

**/s/ Bradley D. Henderson**                              **Bradley D. Henderson**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Authorized Representative**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

# United States Bankruptcy Court
### District of Colorado

In re   **Lone Western Star Development LLC**

Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 18, 2020**

**/s/ Bradley D. Henderson**

**Bradley D. Henderson**/**Authorized Representative**
Signer/Title

**Fill in this information to identify the case:**

Debtor name   **Lone Western Star Development LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................   $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................   $ _____ 125.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................   $ _____ 125.00

### Part 2:   Summary of Liabilities

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____ 0.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $ _____ 225.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$ _____ 7,904,253.81

4.    **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b   $ _____ 7,904,478.81

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Lone Western Star Development LLC**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Frost Bank** | **Operating account** | **3117** | $0.00 |
| 3.2. | **Frost Bank** | **Main account** | **3150** | $0.00 |
| 3.3. | **Frost Bank** | **Business money market** | **3870** | $0.00 |
| 3.4. | **Frost Bank** | **Office account** | **3141** | $0.00 |
| 3.5. | **Frost Bank** | **Payroll account** | **3095** | $0.00 |
| 3.6. | **Frost Bank** | **Wiring funds account** | **3109** | $0.00 |
| 3.7. | **Community Banks of Colorado** | **Small Business checking** | **2788** | $125.00 |

| Debtor | Lone Western Star Development LLC | Case number *(If known)* |
|---|---|---|
| | Name | |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| **$125.00** |

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

   11a. 90 days old or less:

| 154,939.10 | - | 154,939.10 | = .... | **$0.00** |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

12.      **Total of Part 3.**

   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

|  |
|---|
| **$0.00** |

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.      **Office furniture**

| Debtor | **Lone Western Star Development LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| See attached | $0.00 | | Unknown |
|---|---|---|---|

| 40. | **Office fixtures** | | | |
|---|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **Server** | $0.00 | | Unknown |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $0.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Western Equipment/Furniture List**
**Updated: 2-19-20**

| Model/Description | Quantity | Condition |
|---|---|---|
| **Desks** | | |
| U Shaped Desk | 3 | Good |
| L Shaped Desk | 9 | Good |
| Work Desk | 6 | Good |
| | | |
| **Chairs** | | |
| Office Chairs | 18 | Fair |
| Reception Chairs | 14 | Good |
| Conference Chairs | 8 | Good |
| | | |
| **Tables** | | |
| Conference Table | 1 | Good |
| Small Meeting Table | 2 | Good |
| Plan Table | 1 | Fair |
| | | |
| **File Cabinets** | | |
| 4 Drawer File Cabinet | 8 | Fair |
| 2 Drawer File Cabinet | 3 | Fair |
| Under Desk File Cabinet | 2 | Fair |
| | | |
| **TV's** | | |
| 43" TV | 4 | Good |
| 65" TV | 1 | Good |
| | | |
| **Monitors/Stands** | | |
| Monitors | 21 | Good |
| Dual Arm Monitor Stand | 2 | Good |
| Single Arm Monitor Stand | 1 | Good |
| | | |
| **White Boards** | | |
| 4'x3' Whiteboard | 7 | Good |
| 6'x4' Whiteboard | 5 | Good |
| 5'x3' White Board | 1 | Good |
| | | |
| **Printers** | | |
| Desktop Printer | 3 | Good |
| | | |
| **Computers** | | |
| Microsoft Surface Pro 4 | 4 | Fair/Poor |
| Microsoft Surface Pro 6 | 2 | Good |
| Laptops | 7 | Good |
| Desktop | 2 | Good |
| | | |
| **Misc.** | | |
| Toaster | 1 | Fair |
| Keurig | 1 | Fair |
| Patio Furniture | 2 | Good |
| Bar top Table & Chairs | 1 | Good |

| Debtor | **Lone Western Star Development LLC** | Case number *(If known)* | |
| | Name | | |

| 73. | Interests in insurance policies or annuities | | |
| | **General Liability Policy issued by ACE Property and Casualty Company** | | **$0.00** |
| | **Environmental Policy issed by Westchester Surplus Lines Insurance Company** | | **$0.00** |

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| | |
| --- | --- |
| | **$0.00** |

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

| Debtor | **Lone Western Star Development LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $125.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $125.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $125.00 |

**Fill in this information to identify the case:**

Debtor name     **Lone Western Star Development LLC**

United States Bankruptcy Court for the:     DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **Lone Western Star Development LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Colorado Department Of Revenue
Tax Audit Compliance Div.
1375 Sherman St
Denver, CO 80203-2246**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service
1999 Broadway
MS 5012 DEN
Denver, CO 80202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor **Lone Western Star Development LLC**     Case number *(if known)* _____

Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.00 | $225.00 |

**Texas Comptroller of Public Accounts**
**P.O. Box 149348**
**Austin, TX 78714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $754.15 |

**A Cut Above Cabinets**
**712 Valley St.**
**Colorado Springs, CO 80915**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $162.00 |

**Aerial Photography, Inc.**
**618 NE 26th Street**
**Fort Lauderdale, FL 33305**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,529.50 |

**Alpha Testing, Inc.**
**2209 Wisconsin St.**
**Dallas, TX 75229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,002.41 |

**American Fence Company, Inc.**
**3320 Roy Orr Blvd.**
**Grand Prairie, TX 75050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Materials/supplies**

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $396,604.92 |

**Atlas Construction Group, LLC**
**c/o Ferguson Braswell Fraser Kubasta PC**
**2500 Dallas Pkwy, Suite 600**
**Plano, TX 75093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

| Debtor | Lone Western Star Development LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,122.49 |
|---|---|---|
| **Bible Electric Inc.**<br>**3740 Interpark Drive**<br>**Colorado Springs, CO 80907** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred ___ | Basis for the claim:  __Subcontractor__ | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143,736.80 |
|---|---|---|
| **Bratton Steel**<br>**PO Box 541716**<br>**Dallas, TX 75354-1716** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred ___ | Basis for the claim:  __Materials/supplies__ | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,844.35 |
|---|---|---|
| **CaCo Architecture**<br>**1412 Main Street, Suite 1600**<br>**Dallas, TX 75202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred ___ | Basis for the claim:  __Services__ | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,232.50 |
|---|---|---|
| **CDS Muery**<br>**3411 Magic Drive**<br>**San Antonio, TX 78229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred ___ | Basis for the claim:  __Services__ | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **City of McKinney, Texas**<br>**222 N Tennessee St**<br>**McKinney, TX 75069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred ___ | Basis for the claim:  ___ | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $448.80 |
|---|---|---|
| **Comcast**<br>**PO Box 60533**<br>**City of Industry, CA 91716-0533** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  2/20-3/20 | Basis for the claim:  __Services / uncleared check__ | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $169.74 |
|---|---|---|
| **Cort Business Services Corp**<br>**600 S. Havana St.**<br>**Aurora, CO 80012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  1/17/20 | Basis for the claim:  __Services / uncleared check__ | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

| Debtor | Lone Western Star Development LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Cort Business Services Corp**
**PO Box 17401**
**Baltimore, MD 21297-1401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,815.00** |
|---|---|---|---|

**Creative Visions**
**6389 E. Mineral Pl.**
**Englewood, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,965.76** |
|---|---|---|---|

**Dallas Door and Supply Co.**
**9101 Chancellor Row**
**Dallas, TX 75247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Materials/supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$83,780.09** |
|---|---|---|---|

**Eagle Stone Supply**
**P.O. Box 5930**
**Granbury, TX 76049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Materials/supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,664.00** |
|---|---|---|---|

**Eric Speigel**
**P.O. Box 2686**
**McKinney, TX 75070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,065.40** |
|---|---|---|---|

**ESSL, LLC**
**4544 Maxey Road**
**Alvarado, TX 76009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,670.00** |
|---|---|---|---|

**Excel Fire Protection Systems, LP**
**321 North Central Expressway #257**
**McKinney, TX 75070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Lone Western Star Development LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$222,256.06**

**Facility Solutions Group, Inc.**
**2525 Walnut Lane, #100**
**Dallas, TX 75229**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services provided on TKI Project**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$197.17**

**FedEx**
**PO Box 94515**
**Palatine, IL 60094-4515**

Date(s) debt was incurred __ **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services / uncleared check**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,894.38**

**Firemans Paving Contractors**
**2313 E. Loop 820 N**
**Fort Worth, TX 76118**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ford Motor Credit**
**PO Box 650575**
**Dallas, TX 75265-0575**

Date(s) debt was incurred __ **11/19**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease of 2019 Ford F-150**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,785.00**

**Frontier Fence**
**42102 Comanche Creek Rd.**
**Kiowa, CO 80117**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,526,960.88**

**Frost Bank**
**PO Box 1600**
**San Antonio, TX 78296**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty of construction loan agreement**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95,000.00**

**Frost Bank**
**PO Box 1600**
**San Antonio, TX 78296**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Line of credit**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com |

| Debtor | Lone Western Star Development LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$123,438.96** |
|---|---|---|---|

**FSG Electric**
2525 Walnut Hill Lane, Suite 100
Dallas, TX 75229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,890.87** |
|---|---|---|---|

**Glaser Energy Group Inc.**
42102 Comanche Creek Rd.
Kiowa, CO 80117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Subcontractor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,809.00** |
|---|---|---|---|

**High Country Coatings, Inc.**
715 N. Ventura St., Suite A
Aurora, CO 80011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Subcontractor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hydro Turf, Inc.**
PO Box 303
Larkspur, CO 80118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,237.63** |
|---|---|---|---|

**IPFS Corporation**
PO Box 412086
Kansas City, MO 64141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Joeris General Contractors, Ltd**
823 Arion Parkway
San Antonio, TX 78216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$357.36** |
|---|---|---|---|

**Labor Finders (Dallas)**
P.O. Box 833353
Richardson, TX 75083-3353

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Lone Western Star Development LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.34** | Nonpriority creditor's name and mailing address
**Landmark Plumbing and Heating, Inc.**
**6160 Lake Shore Ct.**
**Colorado Springs, CO 80915**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,246.50**

---

**3.35** | Nonpriority creditor's name and mailing address
**Martin Marietta**
**1503 LBJ Freeway, Suite 400**
**Dallas, TX 75234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$920.12**

---

**3.36** | Nonpriority creditor's name and mailing address
**Metal Building Services, LLC**
**9382 East Pioneer Drive**
**Parker, CO 80138**

Date(s) debt was incurred  **2/6/20**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services / uncleared check**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,500.00**

---

**3.37** | Nonpriority creditor's name and mailing address
**Metro Contracting Company, LLC**
**990 Isom Road**
**San Antonio, TX 78216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,188,835.63**

---

**3.38** | Nonpriority creditor's name and mailing address
**MIINC, L.P.**
**1960 W. Northwest Highway, Suite A**
**Dallas, TX 75220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$435,022.37**

---

**3.39** | Nonpriority creditor's name and mailing address
**Mission Site Services LLC**
**416 Interchange Street, Suite 200**
**McKinney, TX 75071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,184.00**

---

**3.40** | Nonpriority creditor's name and mailing address
**Mountain High Painting**
**3370 Chelton Loop South**
**Colorado Springs, CO 80909**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,348.70**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com |

| Debtor | **Lone Western Star Development LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **OxBlue Corporation** <br> **1777 Ellsworth Ind. Blvd. NW** <br> **Atlanta, GA 30318** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Vendor</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,264.16** |
|---|---|---|---|
| | **Petra Coatings, Inc.** <br> **533 Red Bird Lane** <br> **Bowie, TX 76230** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$125,967.91** |
|---|---|---|---|
| | **Pioneer Sand Company Inc.** <br> **5000 Northpark Dr.** <br> **Colorado Springs, CO 80918** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Subcontractor</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,590.00** |
|---|---|---|---|
| | **Polaris Surveying, Inc.** <br> **1903 Lelaray St., Suite 102** <br> **Colorado Springs, CO 80909** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Subcontractor</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,073.08** |
|---|---|---|---|
| | **Project Control** <br> **17300 Henderson Pass, Suite 110** <br> **San Antonio, TX 78232** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Raba Kistner** <br> **12821 W. Golden Lane** <br> **San Antonio, TX 78249** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Vendor</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$101,033.00** |
|---|---|---|---|
| | **Rapid Fire Protection, Inc.** <br> **1530 Samco Road** <br> **Rapid City, SD 57702** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Subcontractor</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Lone Western Star Development LLC**
     Name       Case number *(if known)*

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Redline Fire Protection, LLC**
**14875 Landmark Blvd., Suite 102**
**Dallas, TX 75254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Rocky Mountain Tech Team**
**2347 Curtis Street**
**Denver, CO 80205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/2/20__
Last 4 digits of account number __

Basis for the claim: __Computer services / uncleared check__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rogue Architecture, Inc.**
**4100 Wadsworth Blvd., Ste. 300**
**Wheat Ridge, CO 80033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,863.00** |
|---|---|---|---|

**RS&H, Inc.**
**POBox 4850**
**Jacksonville, FL 32201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Subcontractor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$133,033.54** |
|---|---|---|---|

**Rustin, LTD.**
**2475 Waynoka Place**
**Colorado Springs, CO 80915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Subcontractor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,793.25** |
|---|---|---|---|

**RVK**
**745 E. Mulberry Ave., Suite 601**
**San Antonio, TX 78212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78,545.88** |
|---|---|---|---|

**Schwob Building Company, Ltd.**
**2349 Glenda Lane**
**Dallas, TX 75229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Lone Western Star Development LLC**                                    Case number *(if known)*
_____
Name

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,074.00** |
|---|---|---|---|

**Seedmasters, Inc.**
**445 E. Cheyenne Mtn. Blvd.**
**Suite C #411**
**Colorado Springs, CO 80906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Subcontractor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$118.19** |
|---|---|---|---|

**Sensera Systems**
**17301 W. Colfax Ave., Suite 310**
**Golden, CO 80401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sierra Nevada Corporation**
**444 Saloman Cir.**
**Sparks, NV 89434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,487.69** |
|---|---|---|---|

**Simbeck & Associates, Inc.**
**38256 Highway 160**
**Mancos, CO 81328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Subcontractor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$71,249.60** |
|---|---|---|---|

**Snider Industries, LLC**
**PO Box 891738**
**Oklahoma City, OK 73189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Unpaid contract balance / subcontractor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,623.27** |
|---|---|---|---|

**Southwest Erosion Control, Inc.**
**6251 F.M. 2478**
**McKinney, TX 75071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,424.70** |
|---|---|---|---|

**SPC Drywall Inc.**
**2707 Pecan Ct.**
**Princeton, TX 75407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Lone Western Star Development LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,994.62 |
|---|---|---|---|
| | **Sunbelt Rentals, Inc.**<br>**7626 NE Killingsworth**<br>**Portland, OR 97218** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99,000.00 |
|---|---|---|---|
| | **Texas Commercial Glass Concepts, LP**<br>**PO Box 2048**<br>**Weatherford, TX 76086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Texas Comptroller of Public Accounts**<br>**PO Box 149348**<br>**Austin, TX 78714-9348** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,573.08 |
|---|---|---|---|
| | **Texas Sod & Landscape**<br>**416 Interchange Street**<br>**McKinney, TX 75071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186,851.90 |
|---|---|---|---|
| | **TexCon**<br>**6414 Walnut Hill Lane**<br>**Dallas, TX 75230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147.00 |
|---|---|---|---|
| | **Time Warner Cable (Spectrum)**<br>**POBox 60074**<br>**City of Industry, CA 91716-0074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $291,038.39 |
|---|---|---|---|
| | **Titan Construction, LLC**<br>**621 SE 82nd St.**<br>**Oklahoma City, OK 73149** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Lone Western Star Development LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.69**

**Nonpriority creditor's name and mailing address**
Torotlan 2, LLC
17496 E. Weaver Dr.
Aurora, CO 80016

Date(s) debt was incurred  3/3/20

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Accounts Payable -uncleared check

Is the claim subject to offset? ■ No  ☐ Yes

**$1,600.00**

---

**3.70**

**Nonpriority creditor's name and mailing address**
Tri Dal Excavation, LTD.
540 Commerce St.
Southlake, TX 76092

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$42,813.00**

---

**3.71**

**Nonpriority creditor's name and mailing address**
Tri Dal Utilities, LTD.
540 Commerce Street
Southlake, TX 76092

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$13,765.90**

---

**3.72**

**Nonpriority creditor's name and mailing address**
United Site Services of Texas, Inc.
PO Box 660475
Dallas, TX 75266-0475

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,048.72**

---

**3.73**

**Nonpriority creditor's name and mailing address**
Vanir Construction Management, Inc.
12211 W ALameda Pkwy, #202
Denver, CO 80228

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$45,025.28**

---

**3.74**

**Nonpriority creditor's name and mailing address**
Veritas Advisory Group, Inc.
1601 Elm Street
Suite 3600
Dallas, TX 75201

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$25,921.18**

---

**3.75**

**Nonpriority creditor's name and mailing address**
Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Lone Western Star Development LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104.55 |
|---|---|---|---|

**Waste Connections Lone Star, Inc.**
PO Box 679859
Dallas, TX 75267-9859

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $975.00 |
|---|---|---|---|

**Water Company, LLC**
2612 E. Platte Place
Colorado Springs, CO 80909

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WesternSAT Leasing Inc.**
1301 Avenue of the Americas, 34th Floor
New York, NY 10019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,312.21 |
|---|---|---|---|

**Westwood Professional Services, Inc.**
PO Box 856650
Minneapolis, MN 55485-6650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wildcat Construction Co, Inc.**
PO Box 7039
Colorado Springs, CO 80933

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,785.00 |
|---|---|---|---|

**William J. Sewald**
**Frontier Fence**
42102 Comanche Creek Rd.
Kiowa, CO 80117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,294.92 |
|---|---|---|---|

**Williams Scotsman, Inc.**
16847 Interstate 35 North #2
Schertz, TX 78154-1267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Lone Western Star Development LLC**                          Case number (if known) _____
         Name

| | | |
|---|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$12,239.25** |

**WIPFLI, LLP**
**PO Box 3160**
**Milwaukee, WI 53201-3160**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Atlas Construction Group**<br>**1100 Summit Ave., Suite 8**<br>**Plano, TX 75074** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Colorado Attorney General**<br>**1300 Broadway, 10th Floor**<br>**Denver, CO 80203** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Ryan Headley**<br>**Lovein RIbman PC**<br>**1225 S. Main St., Suite 200**<br>**Grapevine, TX 76051** | Line **3.59**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Samuel H. Johnson**<br>**Johnson Sparks**<br>**7161 Bishop Rd, Suite 220**<br>**Plano, TX 75024** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **U.S. Attorney General**<br>**Attn: Civil Clerk**<br>**950 Pennsylvania Ave., NW**<br>**Washington, DC 20530** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **U.S. Attorney, District of Colorado**<br>**Attn: Civil Clerk**<br>**1225 17th Street, Suite 700**<br>**Denver, CO 80202** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **225.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **7,904,253.81** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **7,904,478.81** |

---

**Fill in this information to identify the case:**

Debtor name **Lone Western Star Development LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2019 Ford F150** | |
| | State the term remaining | **11-19 thru 10-21** | |
| | List the contract number of any government contract | | **Ford Credit** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Design-Build Agreement for Colorado Springs Project** | |
| | State the term remaining | **10/9/2018-2/15/2019** | |
| | List the contract number of any government contract | | **TKC CCLXXI, LLC 4500 Cameron Valley Pkwy, Suite 400 Charlotte, NC 28211** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement 1/17/19 for San Antonio Project** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **WesternSAT Leasing Inc. 1301 Avenue of the Americas, 34th Floor New York, NY 10019** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Lone Western Star Development LLC**

United States Bankruptcy Court for the:     DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Bradley D. Henderson** | **5677 County Road 106 Elbert, CO 80106** | **Frost Bank** | ☐ D _____ <br> ■ E/F __3.25__ <br> ☐ G _____ |
| 2.2 | **Bradley D. Henderson** | **5677 County Rd 106 Elbert, CO 80106** | **Frost Bank** | ☐ D _____ <br> ■ E/F __3.26__ <br> ☐ G _____ |
| 2.3 | **WesternTKILeasing, Inc.** | **5677 County Road 106 Elbert, CO 80106** | **Frost Bank** | ☐ D _____ <br> ■ E/F __3.25__ <br> ☐ G _____ |
| 2.4 | **WesternTKILeasing, Inc.** | **5677 County Road 106 Elbert, CO 80106** | **Frost Bank** | ☐ D _____ <br> ■ E/F __3.26__ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name     **Lone Western Star Development LLC**

United States Bankruptcy Court for the:     DISTRICT OF COLORADO

Case number (if known)     _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **March 18, 2020**     X /s/ Bradley D. Henderson
                                        Signature of individual signing on behalf of debtor

                                        **Bradley D. Henderson**
                                        Printed name

                                        **Authorized Representative**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy